**\*E-FILED 05-06-2010\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROKY ERICKSON, individually and doing business as ROKY ERICKSON MUSIC; CRAIG LUCKIN, individually and doing business as ORB PRODUCTIONS and ORB MUSIC CO., <br><br>         Plaintiffs, <br>    v. <br><br>SYMPATHY FOR THE RECORD INDUSTRY, a doing business as designation for JOHN MERMIS, a/k/a LONG JOHN GONE, an individual; INDEPENDENT LABEL COLLECTIVE LLC, a limited liability company, <br><br>         Defendants. <br>_____/ | No. C10-00636 HRL <br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

The court is informed that this case has settled.  Accordingly, all deadlines and scheduled appearances have been vacated.

**On or before June 30, 2010**, a voluntary dismissal shall be filed pursuant to Fed.R.Civ.P. 41(a)(1).  If a dismissal is not filed by the specified date, all parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, CA 95113 on **July 13, 2010, 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed.R.Civ.P. 41(a).  The parties shall file a statement in response to this

1  Order to Show Cause **no later than July 6, 2010**.  The joint statement shall state (1) the status
2  of the activities of the parties in finalizing settlement; and (2) how much additional time, if any,
3  is requested to finalize the settlement and file the dismissal.  If a voluntary dismissal is filed as
4  ordered, the Order to Show Cause hearing will be automatically vacated and the parties need
5  not file a joint statement in response to this Order.

6  Dated:   May 6, 2010

```
                                     _____
                                     HOWARD R. LLOYD
                                     UNITED STATES MAGISTRATE JUDGE
```

**United States District Court**
For the Northern District of California

1  5:10-cv-00636-HRL Notice has been electronically mailed to:

2  David M. Given     dmg@phillaw.com

3  Steven Lee Hammond     slh@hammondlawsf.com, mwong@hammondlawsf.com

4  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3