***E-FILED 05-28-2010***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROKY ERICKSON, individually and doing business as ROKY ERICKSON MUSIC; CRAIG LUCKIN, individually and doing business as ORB PRODUCTIONS and ORB MUSIC CO., <br><br>          Plaintiffs, <br>     v. <br><br> SYMPATHY FOR THE RECORD INDUSTRY, a doing business as designation for JOHN MERMIS, a/k/a LONG JOHN GONE, an individual; INDEPENDENT LABEL COLLECTIVE LLC, a limited liability company, <br><br>          Defendants. <br> _____/ | No. C10-00636 HRL <br><br> **ORDER RE PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL** |

    Plaintiffs have settled with the only remaining defendant, Independent Label Collective, LLC. Plaintiffs further represent that the parties agree and request that the court retain jurisdiction to enforce the settlement agreement. Accordingly, the clerk shall close the file pursuant to plaintiffs' notice of voluntary dismissal with prejudice. The court shall retain jurisdiction to enforce the settlement agreement.

    SO ORDERED.

Dated:   May 28, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:10-cv-00636-HRL Notice has been electronically mailed to:

2  David M. Given     dmg@phillaw.com

3  Steven Lee Hammond     slh@hammondlawsf.com, mwong@hammondlawsf.com

4  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

**United States District Court**
For the Northern District of California

2